UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **11 CR 535** |
| v. | § | CRIMINAL NO. |
| | § | |
| FREDDA BRANYON | § | |

**UNSEALED
PER ORDER**
8-18-11

MOTION TO SEAL

    The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to seal the 1) criminal information  2) docket sheet, 3) motion to seal and 4) and order to seal in the above-referenced case.  The United States requests that the above-mentioned documents be sealed to prevent the premature disclosure of the criminal information which could undermine ongoing investigations by the United States Food and Drug Administration, Office of Criminal Investigations and the Federal Bureau of Investigation.

    WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests the Court seal the above referenced "Criminal Information", "Docket Sheet," this "Motion to Seal" and "Order to Seal," and that no person shall have access to same except the Clerk or his designated deputies, attorneys and representatives for the United States, and authorized representatives of the United States Food Drug Administration, the Federal Bureau of Investigation and representatives of the United States Attorney for the Southern District of Texas

Respectfully submitted,

JOSÉ ANGEL MORENO.
UNITED STATES ATTORNEY

By: _____
Samuel J. Louis,
Assistant United States Attorney
713 567-9737